

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00582-CR

Victor Eugene **BAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4772
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 25, 2015.

_____
Rebeca C. Martinez, Justice